No. 569. THE CENTRAL R. R. Co. OF NEW JERSEY, PLAINTIFF IN ERROR, *v.* MICHAEL COLASURDO. In error to the United States Circuit Court of Appeals for the Second Circuit. October 14, 1912. Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. Robert Thorne* for the plaintiff in error. No appearance for the defendant in error.

---

No. 599. BERNARD HAAS, BY SADIE HAAS, HIS GUARDIAN AD LITEM, ET AL., APPELLANTS, *v.* GREYSTOKE CASTLE S. S. Co. (LTD.), ETC. Appeal from the District Court of the United States for the Northern District of California. October 14, 1912. Dismissed with costs, on motion of counsel for the appellants. *Mr. E. B. McClanahan* and *Mr. Charles T. Tittmann* for the appellants. *Mr. J. Parker Kirlin* for the appellee.

---

No. 712. THE GREAT NORTHERN RY. Co., PETITIONER, *v.* WAYLAND SLOAN ET AL., MINORS, ETC. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit. October 14, 1912. Dismissed, on motion of counsel for the petitioner. *Mr. E. C. Lindlay* and *Mr. Charles S. Albert* for the petitioner. No appearance for the respondents.

---

No. 6. ANTONIO JOAQUIN LUIS SANCHEZ DE LARRAGOITI ET AL., PLAINTIFFS IN ERROR, *v.* SALVADOR CASTELLO ET AL. In error to the District Court of the United States for Porto Rico. October 24, 1912. Dismissed with costs, pursuant to the nineteenth rule. *Mr. James Byrne*, *Mr. Hugo Kohlmann* and *Mr. Francis H. Dexter* for the